IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 17-40049 |
| | ) | |
| v. | ) | VIO: Title 18, United States Code, |
| | ) | Sections 1343 and 1957 |
| TODD B. RAUFEISEN, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### A. INTRODUCTION

At all times relevant to this Information:

1. TODD B. RAUFEISEN was engaged in the business of land development and management in the Quad Cities, Illinois/Iowa, area, including Rock Island County, Illinois, under various business names, including but not limited to RDC Hotel Solutions.

2. RAUFEISEN raised money to fund his land development and management projects by soliciting money from prospective investors, hereinafter referred to as "the investors," including friends, acquaintances, and relatives.

### B. THE SCHEME

3. Beginning during or about 2010, and continuing to during or about August 2016, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant, TODD B. RAUFEISEN, did devise and intend to devise a scheme and artifice to defraud the investors, and

1

to obtain money and property by means of material false and fraudulent pretenses, representations, and promises.

4. It was part of the scheme that in soliciting money from the investors, RAUFEISEN promised interest on the investments higher than the interest available on conventional, insured investments, and short turnarounds on return of the principle and interest.

5. It was further part of the scheme that RAUFEISEN, in exchange for the money invested, promised certain of the investors that the money would be placed in escrow until needed, the money only would be used for the purpose of specific land development or management projects, and the money would be returned to the investors if unused, when in fact RAUFEISEN used the investors' money for personal expenses and to repay previous investors to whom RAUFEISEN was in debt.

6. It was further part of the scheme that RAUFEISEN provided certain investors with promissory notes, promising to repay invested principle and interest, that purportedly were signed and guaranteed by persons hereinafter referred to as JM and JM, when in fact RAUFEISEN had forged the signatures of JM and JM, who knew nothing of the promissory notes and had not guaranteed repayment to the investors.

7. As a result of RAUFEISEN's scheme to defraud, approximately 22 investors incurred a total loss exceeding $1.7 million.

### COUNT ONE
### (Wire Fraud)

1. The allegations set forth in paragraphs 1-7 of the Introduction and Scheme are hereby realleged and incorporated by reference.

2. On or about December 4, 2014, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

2

**TODD B. RAUFEISEN,**

having devised the scheme to defraud the investors as set forth above, and for the purpose of executing said scheme, and in attempting to do so, did knowingly cause to be transmitted in interstate commerce by means of wire communication, certain signs, signals, pictures, and sounds, to wit: a wire transfer for $50,000 originating from an investor referred to herein as JH, transmitted via computer servers in certain States, including Texas, to Raufeisen's bank in Illinois.

All in violation of Title 18, United States Code, Section 1343.

## COUNT TWO
### (Money Laundering In Criminally Derived Property)

1. The allegations set forth in paragraphs 1-7 of the Introduction and Scheme are hereby realleged and incorporated by reference.

2. On or about March 12, 2014, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**TODD B. RAUFEISEN,**

did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000, that is, the defendant caused the transfer of about $12,500 from the account of RDC Hotel Solutions at Southeast National Bank, located in Moline, Illinois, to pay personal expenses, such property having been derived from a specified unlawful activity, that is, the interstate transportation of money and property obtained by means of false or fraudulent pretenses from an investor referred to herein as DC.

All in violation of Title 18, United States Code, Section 1957.

s/Patrick Hansen

---
**PATRICK D. HANSEN**
**ACTING UNITED STATES ATTORNEY**
**DBA**